IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sarlo, Anthony D
Sarlo, Constance M
Printed: 01/22/09

Case Number: 07 B 13225
Judge: Squires, John H
Filed: 7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2008
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,854.00 |  |
| Secured: |  | 4,630.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 295.42 |
| Other Funds: |  | 928.00 |
| Totals: | 5,854.00 | 5,854.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | Wachovia Mortgage | Secured | 8,186.56 | 4,630.58 |
| 5. | American Express Centurion | Unsecured | 522.35 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 135.26 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 85.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 44.97 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 179.48 | 0.00 |
| 10. | Nissan Motor Acceptance Corporation | Unsecured | 2,302.35 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 45.22 | 0.00 |
| 12. | B-Real LLC | Unsecured | 1,357.23 | 0.00 |
| 13. | Investment Retrievers | Unsecured | 647.91 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 4,733.49 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 169.50 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 741.56 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 64.25 | 0.00 |
| 18. | Laura Etienne | Priority |  | No Claim Filed |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | Best Buy | Unsecured |  | No Claim Filed |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
| 22. | Fahey Medical Center | Unsecured |  | No Claim Filed |
| 23. | Hochstadter & Isaacson | Unsecured |  | No Claim Filed |
| 24. | Macy's | Unsecured |  | No Claim Filed |
| 25. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 26. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sarlo, Anthony D
Sarlo, Constance M
Printed: 01/22/09

Case Number: 07 B 13225
Judge: Squires, John H
Filed: 7/24/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Wickes Furniture | Unsecured | | No Claim Filed |
| 28. Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| | | $ 19,215.13 | $ 4,630.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 125.28 |
| 6.5% | 120.64 |
| 6.6% | 49.50 |
| | $ 295.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

